UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>DEVONNE LEE,<br><br>             Defendant. | CASE NO. CR06-62JLR<br><br>ORDER |

      The court has reviewed Defendant Devonne Lee's motion for reduction of sentence (Dkt. # 117). Defendant urges the court to modify his sentence due to reductions in the United States Sentencing Guidelines applicable to cocaine base offenses. The court has examined the January 8, 2008 Presentence Report ("Report") used for sentencing. Paragraph 24 of the Report calculates the Defendant's sentencing guideline range using the lower sentencing guideline ranges mandated by the amendments to the guidelines.

      At Defendant's sentencing on January 15, 2008, the court calculated the correct offense level using the amended guidelines and used the total offense level in part to determine Defendant's sentence. As Defendant's motion seeks relief that the court has already provided, the motion for reduction of sentence (Dkt. # 117) is DENIED.

ORDER

Dated this 20th day of October, 2008.

JAMES L. ROBART
United States District Judge

ORDER